```
                                                          ┌─────────────────────────────────┐
                                                          │ USDC SDNY                       │
                                                          │ DOCUMENT                        │
UNITED STATES DISTRICT COURT                              │ ELECTRONICALLY FILED            │
SOUTHERN DISTRICT OF NEW YORK                             │ DOC #: _____          │
------------------------------------------------------- X │ DATE FILED:  10/16/2024         │
                                          :               └─────────────────────────────────┘
JOHN SATCHELL,                            :
                                          :
                              Plaintiff,  :                    1:23-cv-11119-GHW
                                          :
              -v-                         :                        ORDER
                                          :
CITY OF NEW YORK, et al.,                 :
                                          :
                              Defendants. :
                                          :
------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

The Clerk of Court is directed to change Plaintiff's address to the following:  1156 Rt. 374,

P.O. Box 2001, Dannemora, NY 12929-2000.  The Clerk of Court is further directed to mail a copy

of this order, the orders at Dkt. Nos. 8 and 9, and the information package at Dkt. No. 10 to

Plaintiff by certified mail.

SO ORDERED.

Dated:  October 16, 2024
        New York, New York
                                          _____
                                                  GREGORY H. WOODS
                                               United States District Judge