USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
JOHN SATCHELL,  :
:
                        Plaintiff,  :    1:23-cv-11119-GHW
:
          -v-  :    <u>ORDER</u>
:
CITY OF NEW YORK, *et al.*,  :
:
                        Defendants.  :
:
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On September 27, 2024, the Court ordered Plaintiff to submit a letter providing a detailed description of the unidentified "John Doe" defendants in his original complaint. Dkt. No. 8. The Court reiterated this request in an order dated October 25, 2024. Dkt. No. 14. On December 4, 2024, Plaintiff filed a Second Amended Complaint. Dkt. No. 18. However, Plaintiff's Amended Complaint still fails to provide a description of the John Doe correctional officers that he alleges violated his rights.

The Court requires Plaintiff to submit a letter to the Court describing the officers so that the Court can order service on those defendants. Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). Plaintiff has not supplied sufficient information to permit the New York City Department of Corrections ("NYCDOC) to identify the five named unidentified "John Doe" correction-officer defendants who were allegedly involved in the deprivation of Plaintiff's rights.

The Court therefore orders Plaintiff, within 30 days, to submit to the Court a letter providing more detailed, descriptive information about those defendants. Plaintiff should include, if known, the dates and times of the incidents, and the descriptions of the officers involved, including hair and eye color, height, weight, and any distinctive marks or tattoos. Once Plaintiff provides this

information to the Court, the Court will direct the New York City Law Department, which is the attorney for and agent of the NYCDOC, to identify, by name and badge number, those officers.

Plaintiff is advised that he may not amend his complaint further without prior permission of the Court.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated: December 12, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge