```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
JOHN SATCHELL,                                                   :
:
                              Plaintiff,   :   1:23-cv-11119-GHW
:
                     -v -                                 :   <u>ORDER</u>
:
CITY OF NEW YORK, *et al.*,                                      :
:
                            Defendants.  :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

      By letter dated December 27, 2024, Corporation Counsel for the City of New York requested an extension of time to answer or otherwise respond to Plaintiff's Amended Complaint and an adjournment of the initial pretrial conference. Dkt. No. 20. Because Plaintiff filed an Amended Complaint on December 4, 2024, Dkt. No. 18, and because Plaintiff has yet to respond to the Court's orders directing Plaintiff to provide more information about the "John Doe" defendants, Corporation Counsel's request is granted. The deadline to answer or otherwise respond to the Amended Complaint is extended to February 12, 2025. The initial pretrial conference scheduled for January 29, 2025 is adjourned to February 28, 2025 at 4:00 p.m.

      It is therefore ORDERED that all parties appear via telephone for an initial pretrial conference with the Court on **February 28, 2025 at 4:00 p.m.** Any party who has retained counsel prior to the conference need not personally participate and should instead have their attorney participate on their behalf. The attorney who will serve as principal trial counsel must participate in all pretrial conferences. By the date of the initial pretrial conference, counsel for any represented party is required to register as a filing user in accordance with the Procedures for Electronic Case Filing.

IT IS FURTHER ORDERED that the Warden or other official in charge of the Clinton Correctional Facility produce John Satchell, 24B3367, on February 28, 2025, no later than 4:00 p.m., to a suitable location within the Clinton Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel.

If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling the Courtroom Deputy at (212) 805-0296.

Defense counsel must: (1) send this order to the Warden immediately; (2) contact the correctional facility identified above to determine the telephone number at which the plaintiff will be reachable at the time and date of the conference; and (3) telephone the Court with the plaintiff on the line at the time and date of the conference.

The purpose of the conference is to discuss the possibility of settlement, any possible motions the parties may wish to make, and the schedule for discovery. The parties should be prepared to discuss the type of discovery that will likely be sought.

Before the conference, the parties are encouraged to confer and <u>jointly</u> submit a proposed case management plan based on the Court's template, which is available at https://nysd.uscourts.gov/hon-gregory-h-woods. To the extent that the parties are unable to submit a case management plan in advance, they should be prepared to discuss one at the conference.

If this case has been settled or otherwise terminated, the parties are not required to appear if a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on ECF in accordance with ECF Rule 13.19 prior to the date of the conference. *Pro se* litigants who are not ECF filing users may deliver such documents to the Clerk's Office in paper form.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail. The Clerk of Court is further directed to terminate the motion pending at Dkt. No. 20.

SO ORDERED.

Dated: December 28, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge