```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
JOHN SATCHELL,                                                       :
                                                                     :
                                   Plaintiff,                        :   1:23-cv-11119-GHW
                                                                     :
                      -v-                                            :   ORDER
                                                                     :
CITY OF NEW YORK, *et al.*,                                          :
                                                                     :
                                   Defendants.                       :
                                                                     :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

  Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the Court in ascertaining an unidentified defendant's identity and a defendant's proper service address. 121 F.3d 72, 76 (2d Cir. 1997). On December 12, 2024, the Court ordered Plaintiff to submit a letter providing more detailed, descriptive information about the defendants who Plaintiff alleges in his amended complaint deprived him of his rights during his incarceration. Dkt. No. 19. On January 2, 2025, the Court received a letter from Plaintiff providing information about the unidentified defendant correctional officers, including their shifts, skin tone, eye color, height, and weight. Dkt. No. 22.[1] It is therefore ordered that the Corporation Counsel of the City of New York ascertain the identities, shield numbers, and service addresses of those unidentified defendants. The Corporation Counsel must provide this information to Plaintiff and to the Court within sixty (60) days of the date of this order. The Clerk of Court is directed to mail this order to Plaintiff by certified mail.

  SO ORDERED.

Dated: January 6, 2025
   New York, New York

                      _____
                        GREGORY H. WOODS
                       United States District Judge

---

[1] The Court notes that Plaintiff's letter includes allegations against the unidentified defendants, but the Court does not treat this filing as a modification of the existing complaint. The Court reads Plaintiff's letter only as a response to the Court's December 12, 2024 order.