```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JOHN SATCHELL,                                                :
                                                              :
                                    Plaintiff,                :   1:23-cv-11119-GHW
                                                              :
               -v-                                            :   ORDER
                                                              :
CITY OF NEW YORK, *et al.*,                                   :
                                                              :
                                    Defendants.               :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     By letter dated March 5, 2025, Corporation Counsel for the City of New York requested an extension of time to respond to the Court's *Valentin* order, dated January 6, 2025. Dkt. No. 26. Corporation Counsel's application is granted. The deadline for Corporation Counsel to ascertain the identities, shield numbers, and service addresses of the unidentified defendants in the amended complaint is extended to March 21, 2025. The deadline for Corporation Counsel to answer or otherwise respond to the amended complaint is extended to March 28, 2025. The Court will hold the initial pretrial conference on March 31, 2025, as scheduled. *See* Dkt. No. 25.

     The Clerk of Court is directed to terminate the motion pending at Dkt. No. 26 and to mail a copy of this order to Plaintiff by certified mail.

     SO ORDERED.

Dated: March 6, 2025
      New York, New York

                                                                 _____
                                                                  GREGORY H. WOODS
                                                          United States District Judge