# MEMORANDUM ENDORSED



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2025
```

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THOMAS LAI**
*Senior Counsel*
E-mail:tlai@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

August 28, 2025

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *John Satchell v. City of New York*, et al.
             23 Civ. 11119 (GHW)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to represent defendant City of New York in this matter. Defendant writes to respectfully request a brief extension from September 8, 2025 to September 19, 2025, to file its motion to dismiss the operative Complaint. Defendant has not had the opportunity to contact *Pro se* Plaintiff to ascertain his position on the instant request as, upon information and belief, he is currently incarcerated. This is the first request for an extension.

      On July 25, 2025, Defendant filed a pre-motion conference letter requesting a conference or in the alternative for the Court to issue a briefing schedule for Defendant's motion to dismiss. ECF No. 50. On July 28, 2025, the Court issued a briefing schedule and ordered for Defendants' motion to be filed by September 8, 2025, Plaintiff's opposition is due four weeks from the date of service of the motion papers, and Defendant's reply is due two weeks following the date of service of Plaintiff's opposition. The reason for this request is that due to other pressing matters and vacations scheduled, more time is needed to draft and finalize Defendant's motion and to adequately address the claims raised by Plaintiff.

      Accordingly, Defendant respectfully requests a brief extension until September 19, 2025 to file their motion and for the timing of the corresponding deadlines to remain the same in accordance with Your Honor's Individual Rules of Practice, i.e. Plaintiff's opposition will be due

four weeks from the date of service of the motion papers and Defendant's reply will be due two weeks later.

Defendant City thanks the Court for its consideration herein.

Respectfully submitted,

*Thomas Lai s/*

Thomas Lai
Senior Counsel
Special Federal Litigation Division

To: **Via Mail**
John Satchell
Plaintiff *Pro Se*
24B3367
New York State Department of Corrections and Community Supervision
Clinton Correctional Facility
1156 Rt. 374
P.O. Box 2001
Dannemora, New York 12929

Application granted. Defendant City of New York's motion to dismiss must be filed no later than September 19, 2025. Plaintiff's opposition is due four weeks from the date of service of Defendant's motion papers. If Plaintiff does not timely file opposition papers or timely request an extension, the Court will rule on Defendant's motion as unopposed. Defendant's reply, if any, is due two weeks following the date of service of Plaintiff's opposition. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 53 and to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.
Dated: August 28, 2025

_____
GREGORY H. WOODS
United States District Judge