UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

JOHN SATCHELL,

                                    Plaintiff,

              -v-

CITY OF NEW YORK, *et al.*,

                                    Defendants.

----------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2026

1:23-cv-11119-GHW

ORDER ENTERING
JUDGMENT

GREGORY H. WOODS, United States District Judge:

On March 16, 2026, the Court granted Defendants' motion to dismiss Plaintiff's amended complaint.  Dkt. No. 71.  In that order, the Court granted Plaintiff leave to amend and set a deadline of two weeks from the date of the order for Plaintiff to file an amended complaint.  *Id.* at 15.

As of the date of this order, no amended complaint has been filed.  Accordingly, the Court enters judgment in favor of Defendants.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail, to enter judgment on behalf of Defendants, and to close this case..

SO ORDERED.

Dated:  April 28, 2026
        New York, New York

                                    _____
                                    GREGORY H. WOODS
                                    United States District Judge