**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 JOHN SATCHELL,

                                    Plaintiff,

              -against-                                                23 **CIVIL** 11119 (GHW)

                                                                       **JUDGMENT**

CITY OF NEW YORK, *et al.,*

                                    Defendants.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 28, 2026, Judgment is entered in favor of Defendants. The

Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be

taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See

Coppedge v. United States, 369 U.S. 438, 44445 (1962); accordingly, the case is closed.

**Dated:** New York, New York

         April 29, 2026

                                                       **TAMMI M. HELLWIG**
                                                    _____
                                                          **Clerk of Court**

                                          **BY:**
                                                    _____
                                                          **Deputy Clerk**